UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RODNEY A. MARCUM,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　) 　　No. CV-06-5051-AAM
　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　) 　　**ORDER OF DISMISSAL**
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
GRANT COUNTY, et al.,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　)
_____ )

　　　Under this caption, the pro se plaintiff has filed what appears to be a series of "Complaints" seeking damages for what appear to be alleged civil rights violations arising out of state court cases in Grant County, Benton County and Spokane County in which the plaintiff was involved as a party.

　　　What the plaintiff is effectively asking this federal court to do is engage in appellate review of state cases in which alleged errors (constitutional and otherwise) occurred to the plaintiff's detriment. This is not appropriate under the *Rooker-Feldman* doctrine. A losing party in state court is barred from seeking review of the judgment in a federal district court by claiming that the state court judgment violated the loser's federal constitutional rights which were "inextricably intertwined" in the state court proceedings. *Johnson v. DeGrandy*, 512 U.S. 997, 1005-1006, 114 S.Ct. 2647 (1994). "Judicial errors committed in state courts are for correction in the state court systems." *Hale v. Harney*, 786 F.2d 688, 691 (5th Cir. 1986). Here, the plaintiff is asking for relief which would effectively reverse the state court decisions or void their rulings. Plaintiff is attempting to improperly

**ORDER OF DISMISSAL-　　　　　　1**

1  relitigate issues previously presented to state courts.

2  The *Rooker-Feldman* doctrine is jurisdictional and this court is therefore
3  obligated to raise it *sua sponte*. *Worldwide Church of God v. McNair*, 805 F.2d
4  888, 890-91 (9th Cir. 1990). This court does not have subject matter jurisdiction to
5  entertain any of the plaintiff's "Complaints" and the captioned matter is hereby
6  **DISMISSED with prejudice**.

7  **IT IS SO ORDERED.** The District Executive shall enter judgment
8  accordingly and forward copies of this order and the judgment to the plaintiff and
9  to any counsel who have appeared of record. The file shall be closed.

10  **DATED** this ___7th___ of July, 2006.

12        s/ Alan A. McDonald
      ALAN A. McDONALD
13        Senior United States District Judge

**ORDER OF DISMISSAL-**     2