AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMENDED JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to          before the Court. The issues have been           and a decision has been rendered.

_Date_                              _Clerk_

                                    _(By) Deputy Clerk_